DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| N.C. State Bar v. Culbertson<br><br>Case below:<br>177 N.C. App. 89 | No. 244P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1076)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed (06/29/06)<br><br>3. Denied (06/29/06) |
| Pate v. N.C. Dep't of Transp.<br><br>Case below:<br>176 N.C. App. 530 | No. 188P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-609) | Denied (06/29/06) |
| Perry v. U.S. Assemblies<br><br>Case below:<br>175 N.C. App. 420 | No. 062P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-83) | Denied (06/29/06) |
| Renfro v. Richardson Sports Ltd. Partners<br><br>Case below:<br>172 N.C. App. 176 | No. 537P05 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1407)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Remand<br><br>4. Defs' Motion to Dismiss Plt's PDR | 1. Denied (06/29/06)<br><br>2. Dismissed as Moot (06/29/06)<br><br>3. Denied (06/29/06)<br><br>4. Dismissed as Moot (06/29/06)<br><br>**Timmons-Goodson, J., Recused** |
| Ripellino v. N.C. School Bds. Ass'n<br><br>Case below:<br>176 N.C. App. 443 | No. 180A06 | 1. Def's (The Johnston County Bd. of Educ.) NOA (Dissent) (COA04-1681)<br><br>2. Def's (The Johnston County Bd. of Educ.) NOA Based Upon a Constitutional Question<br><br>3. Def's (The Johnston County Bd. of Educ.) PDR as to Additional Issues<br><br>4. Defs' (The N.C. School Boards Ass'n, et al.) NOA (Dissent)<br><br>5. Defs' (The N.C. School Boards Ass'n, et al.) PDR as to Additional Issues | 1. ——<br><br><br>2. Dismissed Ex Mero Motu (06/29/06)<br><br>3. Allowed (06/29/06)<br><br>4. ——<br><br>5. Allowed (06/29/06) |